**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7800**

---

MICHAEL F. DEHONEY,

Plaintiff - Appellant,

versus

PARKER EVATT, Commissioner; WILLIAM D. CATOE,
Deputy Commissioner, individually and/or in
their official capacities,

Defendants - Appellees,

and

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS,

Defendant.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence. William B. Traxler, Jr, District
Judge. (CA-94-1903-4-21BE)

---

Submitted: February 27, 1997          Decided: March 13, 1997

---

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Michael F. Dehoney, Appellant Pro Se.  Joseph Crouch Coleman,
Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court order denying his motions to amend his complaint and his demand for a jury trial. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED